IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re Polyurethane Foam Antitrust Litigation   Case No. 1:10 MD 2196

This document relates to:        <u>JUDGMENT ENTRY</u>

Case Nos.              JUDGE JACK ZOUHARY
3:11-pf-10012 (Ace Foam, Inc.)
3:10-pf-10029 (Ace Foam, Inc.)
3:10-pf-10006 (Adams Foam Rubber, Co.)
3:10-pf-10027 (Alvis & Allen, Inc.)
3:10-pf-10000 (Cambridge of California, Inc.)
3:11-pf-10006 (Carpeteria Markarian Co.)
3:10-pf-10004 (Floors USA Inc.)
3:10-pf-10017 (Foam Factory, Inc.),
3:10-pf-10019 (Eric Hodges d/b/a House of Carpet)
3:10-pf-10014 (J&S Packaging, Inc.)
3:11-pf-10005 (Martin Furniture and Bedding, Inc.)
3:11-pf-10004 (The Miami Corp.)

   This Court having filed its Memorandum Opinion and Order (Case No. 10-md-2196, Doc. 1971), granting the Direct Purchaser Class Motion for Final Approval (Doc. 1828), and no other claims remaining, this Court enters final judgment on the terms set forth in the Order of Final Approval. This case is now closed.

   IT IS SO ORDERED.

                 s/ *Jack Zouhary*
                JACK ZOUHARY
                U. S. DISTRICT JUDGE

                November 20, 2015